JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE HERNANDEZ, etc., <br><br> PLAINTIFF(S) <br><br> v. <br><br> CITY OF LONG BEACH, et al., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 10-4645-DMG (PLAx) <br><br> **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |

    This action having been tried before the Court sitting with a jury, the Honorable  DOLLY M. GEE, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed on the merits.

Clerk, U. S. District Court

Dated: December 20, 2011

By   /s/ V.R. Vallery
      Deputy Clerk

At: Los Angeles, California

cc:     Counsel of record